**Order entered March 6, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01261-CR

### DONALD OZUMBA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82145-2017**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER.**


/s/      BILL PEDERSEN, III
JUSTICE